PD-1328-15

01-14-00332-CR

No. 1386629

STATE OF TEXAS

VS.

DERRICK THOMAS

In The 262nd
Criminal District Court
Harris County Texas

## Notice Of Appeal

To The Honorable Judge Of Said Court:

Comes now Derrick Thomas, defendant herein, and file his motion for Petition for Discretionary Review pro se, and motion for an extension of time, and requests the court to appoint an attorney to represent his cause on appeal as he is indigent.

Respectfully submitted,
Derrick Thomas

Derrick Thomas

FILED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk